UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT OSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-01125-JD<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Pro se plaintiff Brent Oster's complaint against the Santa Clara District Attorney and Gilroy Police Department for alleged civil rights violations was removed without opposition to this Court. Dkt. No. 1. Defendants moved to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), or for a more definitive statement under Rule 12(e). Dkt. Nos. 7, 8. Under Civil Local Rule 7-3, Oster's response was due on March 4, 2020. He has not filed a response of any kind, or otherwise opposed the motion.

Consequently, Oster is ordered to show cause in writing why the motion to dismiss should not be granted. Oster's response is due by April 10, 2020. He is advised that a failure to meet this deadline will result in dismissal of the case for failure to prosecute. Fed. R. Civ. P. 41(b).

The hearing scheduled for March 26, 2020, is vacated. Defendants are directed to serve a copy of this order on Oster by email as they have previously done. Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: March 19, 2020

JAMES DONATO
United States District Judge