# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRENT OSTER,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>      Defendants. | Case No. 5:20-cv-07828 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 3:20-cv-01125 JD, *Brent Oster v. Santa Clara County District Attorney's Office, et al.*.

IT IS SO ORDERED.

Date: November 20, 2020

Nathanael M. Cousins
United States Magistrate Judge